# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Austin, Andrew W. | U.S. District Court - W.D. Texas | 06/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time U.S. Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>05/31/2021 |

**7. Chambers or Office Address**

United States Courthouse
501 West 5th Street
Suite 4190
Austin, Texas 78701

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Committee member | Lloyd Lochridge American Inn of Court |
| 2. Treasurer | Violet Crown Sports Association (Cycling Team) |
| 3. Board member | The Trail Foundation |
| 4. Adjunct professor | University of Texas School of Law |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Austin, Andrew W. | 06/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019-2021 | University of Texas School of Law - teaching | $7,509.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Austin Independent School District - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Austin, Andrew W. | 06/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Austin, Andrew W.** | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   MUTUAL FUNDS | | | | | | | | | |
| 2.   - American Balanced Fund | D | Dividend | O | T | | | | | |
| 3.   - Am. Funds Tax-Exempt Bond Fund of America | C | Dividend | M | T | | | | | |
| 4. | | | | | Buy (add'l) | 05/06/20 | L | | |
| 5.   CLOSED END FUNDS & ETFs | | | | | | | | | |
| 6.   - BBN | C | Dividend | K | T | | | | | |
| 7.   - LDP | B | Dividend | K | T | | | | | |
| 8.   - AFAXX | A | Dividend | | | Sold | 05/06/20 | L | E | |
| 9.   - NMCO | B | Dividend | K | T | | | | | |
| 10.   - BCAT | A | Dividend | K | T | Buy | 09/25/20 | K | | |
| 11.   UBS BANK USA DEPOSIT ACCT | A | Interest | J | T | | | | | |
| 12.   STOCKS: | | | | | | | | | |
| 13.   - BMEZ | C | Dividend | L | T | Buy | 01/29/20 | K | | |
| 14.   - BIGZ | | None | K | T | Buy | 03/26/20 | K | | |
| 15.   CORPORATE BONDS: | | | | | | | | | |
| 16.   - Genworth Fin. Bond | B | Interest | | | Redeemed | 02/16/21 | J | | |
| 17.   - JP Morgan Chase & Co B/E 5% | B | Interest | K | T | Buy | 06/11/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Austin, Andrew W.** | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   MUNICIPAL BONDS | | | | | | | | | |
| 19.   - Central Tx Reg. Mobility Authority | A | Interest | | | Sold | 09/10/20 | K | C | |
| 20.   IRA # 1 | | | | | | | | | |
| 21.   - UBS Bk. Dep. Acct. | A | Interest | K | T | | | | | |
| 22.   - IDV | | None | | | Sold | 03/24/20 | J | | |
| 23.   - DSL | B | Dividend | K | T | | | | | |
| 24.   - LDP | B | Dividend | K | T | | | | | |
| 25.   - F | A | Dividend | | | Sold | 03/24/20 | J | | |
| 26.   - RDSA | A | Dividend | J | T | | | | | |
| 27.   - VRP | A | Dividend | J | T | | | | | |
| 28.   - SEMMX | A | Dividend | J | T | | | | | |
| 29.   - MLPA | A | Dividend | J | T | | | | | |
| 30.   - T | A | Dividend | J | T | | | | | |
| 31.   - Genl Elec Co B/E corp bond | A | Interest | J | T | | | | | |
| 32.   - OXY | | None | | | Sold | 01/03/20 | J | A | |
| 33.   - WPC | A | Dividend | | | Sold | 01/23/20 | J | A | |
| 34.   - BIICX | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Austin, Andrew W. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - USIPX | A | Dividend | K | T | | | | | |
| 36.   - PSDYX | A | Dividend | K | T | | | | | |
| 37.   - DOW | A | Dividend | | | Sold | 11/20/20 | J | A | |
| 38.   - PTIAX | A | Dividend | K | T | Buy | 01/15/20 | K | | |
| 39. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 40.   - BBN | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 41. | | | | | Sold<br>(part) | 11/30/20 | J | A | |
| 42.   IRA # 2 | | | | | | | | | |
| 43.   - Am. Funds Target Date 2045 A | A | Dividend | M | T | | | | | |
| 44.   - Am. Funds Intermed. Bond Fund of Am<br>Class A | A | Dividend | L | T | | | | | |
| 45.   - Am. Funds Bond Fund of America Class A | C | Dividend | M | T | | | | | |
| 46.   - Am. Funds Capital World Bond Fund<br>Class A | D | Dividend | | | Sold | 05/06/20 | M | A | |
| 47.   - Am. Funds Growth & Inc. Port. | C | Dividend | N | T | | | | | |
| 48.   - Am. FundsAmerican Balanced Fund | B | Dividend | M | T | Buy | 05/06/20 | M | | |
| 49.   FROST BANK MONEY MKT &<br>CHECKING ACCOUNTS | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Austin, Andrew W. | 06/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Andrew W. Austin**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544